| | |
|---|---|
| 1 | Name: Cherie L. Moore |
| 2 | Address: 1270 Spruce Street |
|   | Livermore, CA |
| 3 | Phone Number: 925-449-4970 |
| 4 | E-mail Address: concepts4today@sbcglobal.net |
| 5 | Pro Se |

RECEIVED

SEP 1 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Cherie L. Moore | ) Case Number: C13-4171 DMR |
|---|---|
|  | ) |
|  | ) **[PROPOSED] ORDER GRANTING** |
|  | ) **MOTION FOR PERMISSION FOR** |
| Plaintiff, | ) **ELECTRONIC CASE FILING** |
|  | ) |
| vs. | ) DATE: |
| The Kroger Company | ) TIME: |
|  | ) COURTROOM: |
|  | ) JUDGE: |
|  | ) |
| Defendant. | ) |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 9/27/13 _____

_____
United States District/Magistrate Judge